**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ERIC ISBELL** and **BARBARO PEREZ,** Plaintiffs, <br><br> **VERSUS** <br><br> **WORKBOX, LLC,** and **MARTIN PADIA** Defendants. | **CIVIL ACTION NO.** **3:16-cv-00433-SDD-EWD** <br><br> **DISTRICT JUDGE DICK** <br><br> **MAGIS. JUDGE WILDER-DOOMES** |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**
**AND DISMISSAL WITH PREJUDICE**

This Fair Labor Standards Act lawsuit has been settled. Plaintiffs respectfully move this Court for an Order approving the Settlement Agreement, which is attached hereto as Exhibit 1.

The parties respectfully submit that this motion should be granted because the proposed Settlement Agreement represents a fair and reasonable resolution of a *bona fide* dispute. Accordingly, the parties seek an order: 1) approving the Settlement Agreement; and 2) retaining jurisdiction of the Court to enforce the terms of the Settlement Agreement, and 3) dismissing the case WITH PREJUDICE. The parties propose that, unless proceedings to enforce the Settlement Agreement are initiated on or before May 31, 2017, that this case be treated as dismissed WITH PREJUDICE, without further order of the Court.

1

Respectfully Submitted:

ESTES DAVIS LAW, LLC

/s/ Daniel B. Davis
**Daniel B. Davis** (La. Bar 30141)
**Randall E. Estes** (La. Bar 22359)
850 North Boulevard
Baton Rouge, LA 70802
Telephone:  (225) 336-3394
Facsimile:   (225) 384-5419
Email: dan@estesdavislaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of May, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Eric Miller
The Kullman Firm
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
em@kullmanlaw.com
*Attorney for Defendant*

and

Christine Keenan
The Kullman Firm
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
CSK@kullmanlaw.com
*Attorney for Defendant*

/s/ Daniel B. Davis
**Daniel B. Davis**