UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ERIC ISBELL and
BARBARO PEREZ

CIVIL ACTION

VERSUS

16-433-SDD-EWD

WORKBOX, LLC, and
MARTIN PADIA

## ORDER

**CONSIDERING** the *Joint Motion*[1] filed by the Parties in the above captioned matter;

**FURTHER CONSIDERING** that this case has been settled by the Parties by execution of a *Settlement Agreement* requiring future compliance with certain terms of the *Settlement Agreement*. The Parties have requested that the Court retain jurisdiction to enforce those terms.

**IT IS HEREBY ORDERED** that the Motion is GRANTED and this case is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction solely to enforce the terms of the *Settlement Agreement*. Unless enforcement proceedings are initiated, this case will be treated for all purposes as dismissed with prejudice after May 31, 2017, without further Order of the Court.

6/7/2017

*Shelly Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 15.